IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHALEB MOHAMMAD ISHAQ HIJAZI<br>d/b/a<br>LAMP OF LIBERTY (a/k/a *Misbah Al Hurriyya*)<br><br>*Plaintiff,*<br><br>vs.<br><br>ATLAS ECONOMIC RESEARCH<br>FOUNDATION, *et al.*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:09-cv-01123 HHK/AK<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO STAY THE CASE FOR THIRTY (30) DAYS

Plaintiff Ghaleb Mohammad Ishaq Hijazi ("Hijazi"), d/b/a Lamp of Liberty (a/k/a *Misbah Al Hurriyya*) (hereinafter "Lamp of Liberty") and Defendants Atlas Economic Research Foundation, The Cato Institute, and Tom G. Palmer, by the undersigned counsel, hereby jointly request a stay of proceedings in this case of thirty (30) days.

In support of this motion, the parties state as follows:

1. The parties have been in active negotiation of a settlement of this matter, and are very close to reaching settlement. They have reached agreement on many of the key terms, but would like additional time to reach agreement on the remaining terms and prepare a written agreement resolving all terms.

2. The parties anticipate that they will be able to reduce their settlement to writing within the next thirty (30) days.

3. A stay of the matter would avoid unnecessary expenditure of the parties' time and money as well as this Court's resources.

4. The parties will inform the Court if and when settlement is reached within the thirty (30) days of entry of the Court's order staying the case.

5. A proposed order is attached.

Wherefore, it is respectfully requested that the Court stay all proceedings in this case for thirty (30) days.

Respectfully submitted,

/s/ Shauna M. Wertheim                                    Dated: June 10, 2010
Shauna M. Wertheim (DC Bar No. 389069)
Jon L. Roberts (DC Bar No. 417165)
John F. Mardula (DC Bar. No. 962860)
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Drive, Suite 1000
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
jroberts@marburylaw.com
jmardula@marburylaw.com
swertheim@marburylaw.com
*Attorneys for Plaintiff Ghaleb Mohammad Ishaq Hijazi d/b/a Lamp of Liberty (a/k/a Misbah Al Hurriyya)*


/s/ Scott J. Pivnick
Scott J. Pivnick, Esq. (DC Bar No. 455195)
Sarah Greene, Esq. *Pro Hac Vice*
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington DC 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
scott.pivnick@pillsburylaw.com
sarah.greene@pillsburylaw.com
*Attorneys for Defendants Atlas Economic Research Foundation, The Cato Institute and Tom G. Palmer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **10th** day of **June, 2010**, I electronically filed the foregoing Joint Motion for Stay of Case for Thirty (30) Days, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following counsel who are registered for electronic service.

>Scott J. Pivnick, Esq.
>Sarah Greene, Esq.
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, N.W.
>Washington DC 20037

>_____/s/_____
>Shauna M. Wertheim