## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHALEB MOHAMMAD ISHAQ HIJAZI<br>d/b/a<br>LAMP OF LIBERTY (a/k/a *Misbah Al Hurriyya*)<br><br>*Plaintiff*,<br><br>vs.<br><br>ATLAS ECONOMIC RESEARCH<br>FOUNDATION, *et al.*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:09-cv-01123 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO STAY THE CASE FOR AN ADDITIONAL THIRTY (30) DAYS AND RESCHEDULE THE STATUS CONFERENCE HEARING

COMES NOW, Plaintiff Ghaleb Mohammad Ishaq Hijazi ("Hijazi"), d/b/a Lamp of Liberty (a/k/a *Misbah Al Hurriyya*) (hereinafter "Lamp of Liberty"), and Defendants Atlas Economic Research Foundation, The Cato Institute, and Tom G. Palmer, by counsel, and move the Court to Stay this case for an Additional Thirty (30) Days and to Rescheduled the Status Conference Hearing set for July 9, 2010, and in support thereof state as follows:

1. The parties have tentatively reached a Settlement Agreement on all key terms, although documents have not been signed because of some actions that need to be taken in Jordan concerning the dismissal of litigation there.

2. The parties anticipate they will be able to resolve all remaining terms within the next thirty (30) days.

3. A stay of the matter and rescheduling of the Status Conference Hearing would avoid unnecessary expenditure of the parties' time and money as well as this Court's resources.

4. A proposed order is attached.

Wherefore, it is respectfully requested that the Court grant the parties' Joint Motion to Stay and reschedule the Status Conference Hearing from July 9, 2010.

Dated: July 7, 2010                                        Respectfully submitted,


/s/ Shauna M. Wertheim
Shauna M. Wertheim (DC Bar No. 389069)
Jon L. Roberts (DC Bar No. 417165)
John F. Mardula (DC Bar. No. 962860)
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Drive, Suite 1000
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
jroberts@marburylaw.com
jmardula@marburylaw.com
swertheim@marburylaw.com
*Attorneys for Plaintiff Ghaleb Mohammad Ishaq Hijazi d/b/a Lamp of Liberty (a/k/a Misbah Al Hurriyya)*


/s/ Scott J. Pivnick
Scott J. Pivnick, Esq. (DC Bar No. 455195)
Sarah R. Greene, Esq., *Pro Hac Vice*
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington DC 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Scott.Pivnick@Pillsburylaw.com
Sgreene@Pillsburylaw.com
*Attorneys for Defendants Atlas Economic Research Foundation, The Cato Institute, and Tom G. Palmer*