IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHALEB MOHAMMAD ISHAQ HIJAZI d/b/a LAMP OF LIBERTY (a/k/a *Misbah Al Hurriyya*) <br><br> *Plaintiff*, <br><br> vs. <br><br> ATLAS ECONOMIC RESEARCH FOUNDATION, *et al.* <br><br> *Defendants*. | ) ) ) ) ) ) ) ) Civil Action No. 1:09-cv-01123 HHK ) ) ) ) ) ) ) |

### ORDER

This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court having reviewed the record, it is hereby

ORDERED that the case is DISMISSED with prejudice with each party to bear their own costs, expenses, and attorneys' fees.

Entered this  29th  day of  November , 2010.

_____
United States District Judge

[see next page for service copies]

Copies to:

Shauna M. Wertheim (DC Bar No. 389069)
Jon L. Roberts (DC Bar No. 417165)
John F. Mardula (DC Bar. No. 962860)
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Drive, Suite 1000
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
jroberts@marburylaw.com
jmardula@marburylaw.com
swertheim@marburylaw.com
*Attorneys for Plaintiff Ghaleb Mohammad Ishaq Hijazi d/b/a Misbah Al Hurriyya (a/k/a Lamp of Liberty)*

Scott J. Pivnick, Esq. (DC Bar No. 455195)
ALSTON & BIRD LLP
950 F Street, NW
Washington DC 20004
Telephone (202) 239-3634
Fax: (202) 654-4844
Scott.Pivnick@alston.com
*Attorneys for Defendants Atlas Economic Research Foundation, The Cato Institute, and Tom G. Palmer*